

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2021

No. 04-21-00026-CV & 04-21-00027-CV

**SOUTHEAST SNF, LLC** d/b/a Southeast Nursing Rehabilitation Center, Texas Operations Management LLC and Advanced HCS LLC.,
Appellant

v.

Ruperto C. **GUTIERREZ**, Jr., Individually and on behalf of the Estate of Ruperto Q. Gutierrez, Sr., Deceased,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-12410, 2020-CI-13707
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On March 16, 2021, appellants moved to consolidate these appeals. Having considered the motions to consolidate, we agree that, in the interest of efficient administration, these appeals should be consolidated for purposes of briefing and argument. Appellants' motions to consolidate are therefore GRANTED.

We ORDER Nos. 04-21-00026-CV and 04-21-00027-CV, consolidated for purposes of briefing and argument on appeal. The parties must file any motions and briefs as if the appeals were one; however, both appeal numbers must be included on the documents. A record has been filed in each appeal and the record in each appeal will remain separate. If supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a single appeal. The court will dispose of the appeals with the same judgment, opinion, and mandate.

Additionally, in its motions to consolidate, appellants request a uniform briefing deadline. This request is GRANTED. Appellants' brief in these consolidated appeals is due on or before **April 1, 2021**.

_____

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2021.

_____

MICHAEL A. CRUZ, Clerk of Court